UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | | |
|---|---|---|
| YUEXIA ZHOU, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 4:26-cv-480-CHB |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| MARKWAYNE MULLIN, | ) | |
| Secretary of U.S. Department of Homeland | ) | |
| Security, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

\*\*\*    \*\*\*    \*\*\*    \*\*\*

This matter is before the Court on the Petitioner's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241. [R. 1]. Petitioner, proceeding *pro se*, names as respondents in this matter Markwayne Mullin, Secretary of the United States Department of Homeland Security, and Todd Blanche, Acting United States Attorney General, but Petitioner nowhere names the jailor or the Immigration and Customs Enforcement field office director responsible for her continued detention as required to establish the Court's jurisdiction over this matter. Thus, the Court will allow Petitioner an opportunity to amend the petition to identify these respondents by name. *See Shokhrukh Ismatov v. Warden*, Civil Action No. 4:26-cv-00195-RGJ, at R. 13 (April 20, 2026) (requiring the petitioner to amend his petition where he failed to identify the respondents by name). Accordingly, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that **on or before Thursday, August 20, 2026**, Petitioner **SHALL** file an amended petition addressing the issues outlined herein.

- 2 -

This the 20th day of July, 2026.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc:   Petitioner, *pro se*
      Counsel of Record